1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail:  James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-12-00495 SBA
                                        )
14        Plaintiff,                    )   STIPULATED REQUEST TO SET
                                        )   CHANGE OF PLEA AND SENTENCING
15    v.                                )   ON NOVEMBER 6, 2012 AND TO
                                        )   EXCLUDE TIME UNDER THE SPEEDY
16 DARYL TREMAINE MITCHELL,             )   TRIAL ACT
                                        )
17        Defendant.                    )   Date:  August 30, 2012
                                        )   Time:  9:30 a.m.
18                                      )   Court: Hon. Kandis A. Westmore
                                        )
19 _____  )

20        The above-captioned matter is set on August 30, 2012 before this Court for a status

21 hearing. The parties request that this Court vacate that date as to defendant Daryl Tremaine

22 Mitchell and set this matter for change of plea and sentencing on November 6, 2012 at 10:00

23 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this

24 stipulation and November 6, 2012.

25        The parties have reached an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules

26 of Criminal Procedure and will submit the proposed plea agreement to the Court at the same time

27 as this stipulation. To allow time for the Court to consider the proposed plea agreement and for

28 the preparation of a Presentence Investigation Report by the United States Probation Office, the

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 6, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

| | |
|---|---|
| 1 | parties request that this matter be set on November 6, 2012 at 10:00 a.m. for change of plea and |
| 2 | sentencing (assuming the proposed plea agreement is acceptable to the Court).  Defendant agrees |
| 3 | that the Court may review the pre-plea Presentence Investigation Report even though he has not |
| 4 | yet pleaded guilty.  Since the proposed plea agreement has been submitted to the Court, the |
| 5 | parties further stipulate and agree that the time between August 20, 2012 and November 6, 2012 |
| 6 | should be excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § |
| 7 | 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by |
| 8 | the defendant and the attorney for the government. |

DATED: August 20, 2012

_____/s/_____            _____/s/_____
JAMES C. MANN                              SARA RIEF
Assistant United States Attorney           Counsel for Daryl Tremaine Mitchell
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>DARYL TREMAINE MITCHELL,<br><br>  Defendant. | No. CR-12-00495 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA AND SENTENCING ON NOVEMBER 6, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   August 30, 2012<br>Time:  9:30 a.m.<br>Court:  Hon. Kandis A. Westmore |

The parties jointly requested that the August 30, 2012 status hearing as to defendant Daryl Tremaine Mitchell be vacated and that this matter be set for change of plea and sentencing on November 6, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between August 20, 2012 and November 6, 2012 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 6, 2012 & TO EXCLUDE TIME
No. CR-12-00495 SBA

**IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on November 6, 2012 at 10:00 a.m., and that time between August 20, 2012 and November 6, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

**IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a Presentence Investigation Report.

DATED:  8/21/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge